of any county in the state to attach so much of the property in his county, which the defendants or either of them have, as will satisfy the respondent's demand of $52,750, with interest from the commencement of this action, with costs and expenses; but the plaintiff, as has been shown, was not entitled to that direction to the sheriff, for in this action he was not entitled to recover that sum over and above all counterclaims. The order denying the defendants' motion should therefore be reversed, and the warrant vacated.

RICH, J., concurs.

BROWN, Respondent, v. KELLER, Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Diva Brown against William B. Keller. F. C. Leubuscher, for appellant. I. N. Jacobson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BROWN et al., Respondents, v. RETSOF MINING CO., Appellant. (Action No. 4). (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Edward W. Brown and James W. Shaw against the Retsof Mining Company. No opinion. Judgment unanimously affirmed, and order granting extra allowance reversed for want of power in the court at Trial Term to grant the same, without costs to either party, on the authority of Brown v. Retsof Mining Company (decided by this court November 17, 1905) 95 N. Y. Supp. 815.

BROWN et al., Respondents, v. RETSOF MINING CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Edward W. Brown and James W. Shaw against the Retsof Mining Company. No opinion. Motion denied,

BROWN et al., Appellants, v. S. LIEBMAN'S SONS BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by William M. Brown and James H. Eckersley, copartners, etc., against the S. Liebman's Sons Brewing Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

BROWN, Respondent, v. ZIFF, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Doris Brown against Pauline Ziff. No opinion. Motion to print additional papers on appeal denied, as it is evident that the papers were not specified in the order.

BROWN, Respondent, v. ZIFF, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Doris Brown against Pauline Ziff. Order affirmed, with $10 costs and disbursements.

In re BROWNE. (Supreme Court, Appellate Division, First Department. June 25, 1906.) In the matter of Henry H. Browne. No opinion. Respondent disbarred. Order filed.

BRUNKHORST, Appellant, v. HERRMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Jacob Brunkhorst against Wilhelmina Herrmann, as executrix, etc., and others. No opinion. Judgment affirmed, with costs.

BUCKLEY et al., Respondents, v. NEW YORK & B. DYEWOOD CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Daniel Buckley and others against the New York & Boston Dyewood Company. No opinion. Judgment affirmed, with costs.

In re BUFFTON. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) In the matter of the application of Henry Buffton for a special town meeting of the town of Parma, Monroe county, etc. No opinion. Order affirmed, with $10 costs and disbursements.

BUKOCY, Appellant, v. CITY OF YONKERS, Respondent. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by Joseph Bukocy against the city of Yonkers.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event; on the ground that the decision is insufficient to support the judgment, and without considering any other questions presented.

HOOKER, J., dissents.

In re BULLARD. (Supreme Court, Appellate Division, First Department. June 8, 1906.) In the matter of Sibbel D. Bullard. No opinion. Motion denied. Order filed.

In re BURGESS. (Supreme Court, Appellate Division, First Department. June 8, 1906.) In the matter of Caleb A. Burgess. No opinion. Application denied. Settle order on notice.

BURNETT et al., Respondents, v. SCHMITZ, Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by George B. Burnett and another against Frederick Schmitz. T. Hansen, for appellant. M. S. Guiterman, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

BURT, Respondent, v. HOCHSTIM, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Hazel Burt against Max Hochstim. No opinion. Motion to dismiss appeal granted.

In re BURWELL'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) In the matter of the estate of Dudley Burwell, deceased. No opinion. Motion to dismiss appeal granted, with costs, including $10 costs of motion.

BUX, Appellant, v. TIGHE, Respondent. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) In the matter of the application of Philip Bux for a peremp-